AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br>GARET KIRK URBAN<br><br>_____<br>Defendant(s) | ) ) ) ) ) ) ) )   Case No. 1:24-mj-574 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**FILED**

Jul 18 2024

Arthur Johnston, Clerk

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 17, 2024__ in the county of __Jackson__ in the __Southern__ District of __MS, Southern Division__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 26 U.S.C. 5861(d) | Possession of a firearm (destructive device) not registered in the National Firearms Registration and Transfer Record. |

This criminal complaint is based on these facts:
See affidavit attached hereto and incorporated herein

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Shane Lynes, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7-18-2024

_____
*Judge's signature*

City and state: Gulfport, Mississippi     Robert P. Myers, Jr., United States Magistrate Judge
*Printed name and title*

## Affidavit for Criminal Complaint

I, Shane Lynes, being duly sworn, do hereby depose and state that the following is true and correct to the best of my knowledge:

1. I am a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco Firearms and Explosives ("ATF"). I have been so employed since October 2007. I am currently assigned to the Gulfport, Mississippi Field Office. As an ATF Special Agent, I am responsible for conducting investigations of federal firearms laws, explosives laws and arson laws. I am a graduate of St. Leo University, the South Carolina Criminal Justice Academy, the Federal Law Enforcement Training Center, Criminal Investigator Training Program and the ATF National Academy, Special Agent Basic Training School.

2. During my tenure with ATF, I have been involved in various degrees and capacities with numerous investigations. These investigations have involved the illegal possession of firearms by prohibited persons, the possession and use of firearms by narcotics traffickers, illegal sale or possession of machineguns and short-barrel shotguns or rifles, arsons of structures which affect interstate commerce, the manufacturing and dealing of firearms without a license, and the manufacturing, possession, and/or use of illegal explosive devices. A number of these investigations have included conspiratorial relationships between multiple defendants and generally involved a series or pattern of criminal activities or multiple criminal schemes. I have also participated in a number of investigations, which were conducted under a wide range of jurisdictions.

3. This affidavit is based upon my conversations with other law enforcement agents and sources and upon my examination of various reports, evidence and other records. Because this affidavit is being submitted for the limited purpose of establishing probable cause to support issuing a criminal complaint, it does not include all the facts that have been learned during the course of this investigation. When the contents of documents or statements of others are reported herein, they are reported in substance and part unless otherwise indicated.

## PROBABLE CAUSE

4. On July 17, 2024, Jackson County Sheriff's Department (JCSD) executed a state search warrant for arson and explosives. During the search, deputies discovered several suspected destructive devices belonging to Garet URBAN. ATF, FBI, Biloxi Bomb Squad and the Mississippi Department of Homeland Security responded to the scene. The device(s) are consistent

with an improvised drop munition with stabilizing fins (razor blades, wood, foam and plastic) and the device(s) entail an improvised point detonating fuze shotgun shell to include primer, charge, and frag with weight/ directional enhancement. The device(s) are cylindrical and made from cardboard and/or PVC. At least one of the devices had added fragmentation consisting of US Currency coins, bolts, and washers. URBAN was arrested on July 16, 2024, for Domestic Violence and was in the Jackson County Adult Detention Center at the time of this search.

5. On July 17, 2024, URBAN was interviewed by an Investigator with the Jackson County Sheriff's Department. During this interview, post-*Miranda*, URBAN stated that he made the device approximately one year ago and filled it with shotgun shells and gunpowder. URBAN further stated that the device would go off if it were hit hard enough or in his words, "hit just right."

6. A destructive device is defined in 26 U.S.C. § 5845(f). That section reads, "The term 'destructive device' means (1) any explosive, incendiary, or poison gas (A) bomb, (8) grenade, (C) rocket having a propellant charge of more than four ounces, (0) missile having an explosive or incendiary charge of more than one-quarter ounce, (E) mine, or (F) similar device; (2) any type of weapon by whatever name known which will, or which may be readily converted to, expel a projectile by the action of an explosive or other propellant, the barrel or barrels of which have a bore of more than one-half inch in diameter, except a shotgun or shotgun shell which the Secretary finds is generally recognized as particularly suitable for sporting purposes; and (3) any combination of parts either designed or intended for use in converting any device into a destructive device as defined in subparagraphs (1) and (2) and from which a destructive device may be readily assembled.

7. ATF Explosives Enforcement Officer (EEO) Whitley advised the affiant that the recovered device(s), pending laboratory analysis of the suspected explosive(s), are in fact destructive devices as defined by 26 U.S.C. § 5845(f).

8. I know that 26 U.S.C. § 5861(d) states that it is unlawful to possess a firearm in violation of this title. I also know that 26 U.S.C. § 5861(d) states that it is unlawful to possess a firearm not registered in the National Firearms Registration and Transfer Record (NFRTR). A query of the National Firearms Registration and Transfer Record revealed that the above referenced devices are not registered nor does URBAN have any firearms registered in the NFRTR.

9. I know that a "firearm" is described to include any weapon which will or is designed or may readily be converted to expel a projectile by the action of an explosive; the frame or receiver

of any such weapon; any firearm muffler or silencer or any destructive device as described above. Further, I know that 26 U.S.C. § 5845(a) classifies a destructive device as a firearm.

10. Based upon the foregoing information and my training and experience, I believe information has been presented which supports a request for the issuance of an arrest warrant for Garet Kirk URBAN. Furthermore, I believe there is probable cause that URBAN has committed a violation 26 U.S.C. § 5861(d) by possessing a firearm (destructive device) not registered to him.

_____
Shane Lynes
Special Agent, US Department of Justice
Alcohol, Tobacco, Firearms &Explosives

Sworn and subscribed by me this 18th day of July 2024.

_____
United States Magistrate Judge